# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                        NO. 2026 KW 0328

VERSUS

WYATT MORGAN                                             **MAY 18, 2026**

---

In Re:    Wyatt Morgan, applying for supervisory writs, 20th
          Judicial District Court, Parish of East Feliciana, No.
          21-CR-816.

---

**BEFORE: GREENE, STROMBERG, AND BALFOUR, JJ.**

**WRIT DENIED.** Relator presents arguments similar to applicants seeking postconviction relief following the decision in **Ramos v. Louisiana**, 590 U.S. 83, 140 S.Ct. 1390, 206 L.Ed.2d 583 (2020). Requests for postconviction relief must be filed in the parish of conviction. See La. Code Crim. P. art. 925. Therefore, the district court did not err by summarily dismissing relator's petition without holding an evidentiary hearing.

                              HG
                              TPS
                              KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT